### WILSON *v.* THE STATE.

HINES, J. 1. A ground of a motion for new trial, alleging that "the court erred in not charging the law of voluntary manslaughter," is too vague and indefinite an assignment of error to raise any question for determination by this court. *Smith* v. *State*, 125 *Ga.* 300 (54 S. E. 124). This was a decision by a full bench, and it has not been overruled. In *Spence* v. *Morrow*, 128 *Ga.* 722 (58 S. E. 356), it was quoted approvingly and followed by this court. In *Burney* v. *State*, 142 *Ga.* 812 (83 S. E. 937), this court held that the ruling in the *Smith* case would not be extended, but the ruling was not modified nor reversed; and in *Livingston* v. *State*, 148 *Ga.* 686 (97 S. E. 854), this court expressly declined a request that the *Smith* case be reviewed and overruled.

2. There are no other errors of law complained of; and the evidence warranted the verdict. The trial court properly refused to grant a new trial. *Judgment affirmed. All the Justices concur.*

No. 3759. JULY 12, 1923.

Indictment for murder. Before Judge Shurley. Johnson superior court. April 14, 1923.

*Evans & Evans*, for plaintiff in error.

*George M. Napier, attorney-general, E. L. Stephens, solicitor-general*, and *Seward M. Smith, asst. atty.-gen.*, contra.

---

### BRIGHT *v.* BRIGHT.

RUSSELL, C. J. There were such issues of fact as to the loss or destruction of the paper alleged to be a will as should have been submitted to a jury for determination; and the trial judge therefore erred in directing a verdict.

*Judgment reversed. All the Justices concur, except Atkinson and Gilbert, JJ., dissenting.*

No. 3522. JULY 13, 1923. REHEARING DENIED JULY 21, 1923.

Appeal from probate of will. Before Judge M. D. Jones. Bibb superior court. November 8, 1922.

*Jones, Park & Johnston*, for plaintiff in error.

*R. D. Feagin, J. F. Urquhart*, and *R. L. Anderson*, contra.